IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER GREEN, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 05-AR-1912-S |
| | } | |
| GENUINE PARTS COMPANY, | } | |
| | } | |
| Defendant. | } | |

### **ORDER**

The motion of plaintiff, Walter Green, to dismiss the above-entitled action with prejudice is unopposed, is well taken, and is GRANTED.  Accordingly, the action is DISMISSED WITH PREJUDICE.

As would be the case without defendant's motion for costs, costs are taxed against plaintiff.

Because the motion by defendant, Genuine Parts Company, for an award of attorney's fees presupposes the dismissal of the action, plaintiff's motion to continue the hearing of defendant's motion for attorney's fees is GRANTED, and defendant's motion is REMOVED from the November 17, 2006 motion docket, and RESCHEDULED for the motion docket **at 9:00 a.m., December 15, 2006.**  Defendant is not relieved of any obligation established by the rules for petitioning for an attorney's fee.

DONE this 14th day of November, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE